MOTION GRANTED.  The Initial Case Management Conference is hereby reset to September 22, 2026 at 8:00 a.m. via telephone.  All parties shall call 1-855-244-8681, and when prompted for the access code, enter 23139129180# to participate.  If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY, | ) ) ) | |
| *Plaintiff,* | ) ) | **CASE NO. 3:26-cv-00482** |
| v. | ) ) | **JUDGE WAVERLY D. CRENSHAW, JR.** |
| QUORUM HEALTH CORPORATION, SUNBURY HOSPITAL COMPANY, LLC, QHCCS, LLC, DARRYL SHIRK, and ELLEN SHIRK, | ) ) ) ) ) | |
| *Defendants.* | ) | |

## JOINT MOTION FOR EXTENSION OF TIME AND TO RESET CASE MANAGEMENT CONFERENCE

This matter was commenced on April 17, 2026, and Plaintiff filed its First Amended Complaint on April 29, 2026. (Doc. Nos. 1 and 8).  All Defendants have waived service.  (Doc. Nos. 15 – 19).

To allow Defendants additional time to address issues raised by the operative complaint, the Parties jointly move this Court to extend the deadline for Defendants to file their responsive pleadings to Plaintiff's First Amended Complaint to August 14, 2026.

Additionally, an initial case management conference for this matter is set for July 23, 2026, and it is to be conducted telephonically.  (Doc. No. 6).  To accommodate the schedules of counsel for the various Parties, the Parties jointly move this Court to reset the conference to a date in September 2026.  The Parties have conferred as to their respective schedules, and they are available for a telephonic conference September 22 and 23.  The Parties respectfully request that the initial case management conference be reset to one of these dates, provided that the Court is available on any of these dates.

Dated: July 13, 2026

Respectfully submitted,

/s/ Louis H. Kozloff (w/ permission)
**LOUIS H. KOZLOFF\***
**THOMAS J. SEERY\***
KENNEDYS CMK LLP
1600 Market St., Suite 1410
Philadelphia, PA 19103
Telephone: (267) 479-6700
louis.kozloff@kennedyslaw.com
thomas.seery@kennedyslaw.com

**KASEY SHANNON FARMER (No. 040458)**
**WILLIAM A. BULFER (No. 034101)\***
TEAGUE, CAMPBELL, DENNIS & GORHAM, L.L.P.
P.O. Box 19207
Raleigh, NC 27619
Telephone: (919) 873-0166
Facsimile: (919) 873-1814
kfarmer@teaguecampbell.com
wbulfer@teaguecampbell.com

**JONATHAN D. STEWART (No. 023039)**
RAINEY, KIZER, REVIERE & BELL, PLLC
633 Chestnut Street, Suite 330
Chattanooga, TN 37450
Telephone: (423) 756-3333
jstewart@raineykizer.com

*Attorneys for Plaintiffs*

*\*Pro hac vice motion pending*

/s/ David W. Garrison
**DAVID W. GARRISON (No. 24968)**
**JOSHUA A. FRANK (No. 33294)**
BARRETT JOHNSTON MARTIN & GARRISON, PLLC
200 31st Avenue North
Nashville, TN 37203
Telephone: (615) 244-2202
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

**ERIC WEITZ\*\***
**JOSEPH MANES\*\***
THE WEITZ FIRM, LLC
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Telephone: (267) 587-6240
eric.weitz@theweitzfirm.com
joe.manes@theweitzfirm.com
marlo.hackney@theweitzfirm.com

*Attorneys for Defendants Darryl and Ellen Shirk*

*\*\*Pro hac vice forthcoming*

/s/ John A. Purvis (w/ permission)
**JOHN A. PURVIS\***
BRADLEY ARANT BOULT CUMMINGS, LLP
188 East Capitol Street, Suite 1000
Jackson, MS 39201
(601) 592-9923
apurvis@bradley.com

**RACHEL L. SODEE (No. 038391)**
BRADLEY ARANT BOULT CUMMINGS, LLP
1221 Broadway, Suite 2400
Nashville, TN 37203
(615) 252-3872
rsodee@bradley.com

*Attorneys for Defendants Quorum Health Corporation, Sunbury Hospital Company, LLC and QHCCS, LLC*

*\*Pro hac vice motion pending*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of this *Joint Motion for Extension of Time and to Reset Case Management Conference* was filed electronically with the Clerk's office by using the CM/ECF system on July 13, 2026 and will be served upon all counsel of record via the CM/ECF system.

/s/ David W. Garrison
DAVID W. GARRISON
**BARRETT JOHNSTON**
**MARTIN & GARRISON, PLLC**

3