Motion (36) is **GRANTED** and the deadline for NFMIC to respond to Motion to Dismiss is extended to **Sept. 11, 2026.**

Waverly D. Crenshaw, Jr.
US DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>QUORUM HEALTH CORPORATION, SUNBURY HOSPITAL COMPANY, LLC, QHCCS, LLC, DARRYL SHIRK, and ELLEN SHIRK,<br><br>Defendants. | ) | CASE NO. 3:26-cv-00482<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Jeffrey Frensley |

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiff National Fire & Marine Insurance Company ("NFMIC") filed its Complaint in this matter on April 17, 2026 (Doc. No. 1), and a First Amended Complaint on April 29, 2026 (Doc No. 8). On August 14, 2026, Defendants Darryl Shirk and Ellen Shirk filed a Motion to Dismiss Plaintiff's First Amended Complaint (Doc. No. 28). On August 14, 2026, Defendants Quorum Health Corporation ("QHC") and QHCCS, LLC ("QHCCS") filed a Partial Motion to Dismiss Plaintiff' First Amended Complaint (Doc. No. 29).

NFMIC's responses to both QHC and QHCCS's Partial Motion to Dismiss and Darryl and Ellen Shirk's Motion to Dismiss are currently due on August 28, 2026. In response to the Motions to Dismiss, NFMIC intends to seek leave to file a Second Amended Complaint. To allow NFMIC time to prepare a proposed Second Amended Complaint, and to allow the Parties an opportunity to then meet and confer to determine whether Defendants will consent to granting leave for NFMIC to file a Second Amended Complaint, the Parties jointly move this Court to extend the deadline for NFMIC to respond to Defendants' Motions to Dismiss to September 11, 2026.