**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>QUORUM HEALTH CORPORATION, SUNBURY HOSPITAL COMPANY, LLC, QHCCS, LLC, DARRYL SHIRK, and ELLEN SHIRK,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 3:26-cv-00482<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Jeffrey Frensley |

**CONSENT MOTION TO AMEND AND JOINT REQUEST FOR ADDITIONAL RELIEF**

Plaintiff National Fire & Marine Insurance Company ("NFMIC" or "Plaintiff") filed its Complaint in this matter on April 17, 2026 (Doc. No. 1), and a First Amended Complaint on April 29, 2026 (Doc. No. 8). On August 14, 2026, Defendants Darryl Shirk and Ellen Shirk filed a Motion to Dismiss Plaintiff's First Amended Complaint (Doc. No. 28). On August 14, 2026, Defendants Quorum Health Corporation ("QHC") and QHCCS, LLC ("QHCCS") filed a Partial Motion to Dismiss Plaintiff's First Amended Complaint (Doc. No. 29). On August 14, 2026, Defendant Sunbury Hospital Company, LLC ("Sunbury")[1] filed its Answer to Plaintiff's First Amended Complaint (Doc. No. 34).

In response to the Motions to Dismiss, NFMIC expressed its intention to seek leave to file a Second Amended Complaint, and the Parties filed a Joint Motion for an Extension of Time for NFMIC to Respond to the Motions to Dismiss on August 25, 2026, extending NFMIC's response

[1] Defendants Darryl Shirk, Ellen Shirk, QHC, QHCCS, and Sunbury are collectively referred to as "Defendants". Plaintiff and Defendants are collectively referred to as the "Parties."

deadline to September 11, 2026 (Doc. No. 36). The Parties filed the Joint Motion in order to allow the Parties the opportunity to meet and confer to determine whether Defendants would consent to granting leave for NFMIC to file a Second Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2). The Court granted the Parties' Joint Motion on August 31, 2026 (Doc. No. 37).

The Parties have since met and conferred regarding NFMIC's proposed Second Amended Complaint. Defendants have consented to granting leave for NFMIC to amend its Complaint and to file the proposed Second Amended Complaint as the operative pleading in this matter, while reserving certain rights and all defenses. Accordingly, the Parties hereby stipulate and agree as follows:

1. NFMIC may file the Second Amended Complaint, attached hereto as Exhibit A, as its operative pleading in this matter.

2. Defendants' consent to NFMIC's Second Amended Complaint shall not be deemed an admission that the allegations contained in the Second Amended Complaint are meritorious.

3. Defendants Darryl Shirk, Ellen Shirk, QHC, and QHCCS have reserved all rights to respond to NFMIC's Second Amended Complaint by renewing their previously filed Motions to Dismiss on the same grounds or any additional grounds raised by the Second Amended Complaint, or by filing any other Rule 12 Motion.

4. Defendants Darryl Shirk and Ellen Shirk's consent to NFMIC's Second Amended Complaint shall not be deemed as Defendants Darryl Shirk and Ellen Shirk consenting to the jurisdiction of this Court.

5. In light of Defendants' consent to amend, the Parties have agreed to the following briefing schedule:

a. NFMIC shall file with the Court its Second Amended Complaint within five (5) days of the Court granting leave to amend.

b. Defendants shall have ten (10) days from filing of the Second Amended Complaint to file a responsive pleading or motion.

c. Plaintiff NFMIC shall have twenty-one (21) days from the date any respective responsive motions are filed to file any responses or oppositions thereto.

d. Defendants shall then have fourteen (14) days from the date NFMIC's response or opposition is filed to file a reply, should Defendants so choose.

6. Additionally, pursuant to Local Rule 7.01, motions, responses, and memoranda of law in support of the same shall not exceed twenty-five pages. The Parties agree, and hereby jointly request pursuant to Local Rule 7.01(a)(2)-(3) and Judge Crenshaw's Judicial Preference No. 7, leave of Court permitting Defendants QHC and QHCCS to file a responsive motion to the Second Amended Complaint that may contain up to an additional five (5) pages, and permitting NFMIC to file a response or opposition to said motion that may contain up to an additional five (5) pages.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Local Rule 7.01, and Judge Crenshaw's Judicial Preferences, the Parties jointly move this Court to allow NFMIC to amend its pleading, accept the briefing schedule as laid out above, and grant Defendants QHC and QHCCS's and Plaintiff NFMIC's requests for additional pages in excess of the Local Rules.

Respectfully submitted,

Date: September 11, 2026


/s/ Kasey S. Farmer
KASEY SHANNON FARMER
(No. 040458)
WILLIAM A. BULFER
(No. 034101)
**TEAGUE, CAMPBELL, DENNIS & GORHAM, L.L.P**
P.O. Box 19207
Raleigh, NC 27619
T: (919) 873-0166
kfarmer@teaguecampbell.com
wbulfer@teaguecampbell.com

/s/ Louis H. Kozloff
LOUIS H. KOZLOFF
*Admitted Pro Hac Vice*
THOMAS J. SEERY
*Admitted Pro Hac Vice*
**KENNEDYS CMK LLP**
1600 Market Street, Suite 1410
Philadelphia, PA 19103
T: (267) 479-6700
Louis.Kozloff@kennedyslaw.com
Thomas.Seery@kennedyslaw.com

/s/ Jonathan D. Stewart
JONATHAN D. STEWART
(No. 023039)
**RAINEY, KIZER, REVIERE & BELL, PLLC**
633 Chestnut Street, Suite 330
Chattanooga, TN 37450
T: (423) 756-3333
jstewart@raineykizer.com

*Attorneys for Plaintiff*
*National Fire & Marine Insurance Company*

/s/ Eric Weitz
JOSHUA A. FRANK (No. 33294)
DAVID W. GARRISON (No. 24968)
**BARRETT JOHNSTON MARTIN & GARRISON, PLLC**
200 31st Avenue North
Nashville, TN 37203
T: (615) 244-2202
jfrank@barrettjohnston.com
dgarrison@barrettjohnston.com

ERIC WEITZ (*Pro Hac Vice Pending*)
JOSEPH MANES (*Pro Hac Vice Forthcoming*)
**THE WEITZ FIRM, LLC**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
T: (267) 587-6240
eric.weitz@theweitzfirm.com
joe.manes@theweitzfirm.com

*Attorneys for Defendants*
*Darryl Shirk and Ellen Shirk*

/s/ Rachel L. Sodee
RACHEL L. SODEE (No. 038391)
**BRADLEY ARANT BOULT CUMMINGS, LLP**
1221 Broadway, Suite 2400
Nashville, TN 37203
T: (615) 252-2872
rsodee@bradley.com

JOHN A. PURVIS (*Pro Hac Vice Pending*)
**BRADLEY ARANT BOULT CUMMINGS, LLP**
188 East Capitol Street, Suite 1000
Jackson, MS 39201
T: (609) 592-9923
apurvis@bradley.com

*Attorneys for Defendants QHC, QHCCS and Sunbury*

# EXHIBIT A