**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | Case No. 3:26-CV-00482 |
| v. | ) | Judge Waverly Crenshaw<br>Magistrate Judge Jeffrey Frensley |
| QUORUM HEALTH CORPORATION; SUNBURY HOSPITAL COMPANY, LLC; QHCCS, LLC; DARRYL SHIRK; and ELLEN SHIRK, | ) | |
| Defendants. | ) | |

**DEFENDANTS QUORUM HEALTH CORPORATION AND QHCCS, LLC's UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Defendants Quorum Health Corporation ("Quorum") and QHCCS, LLC ("QHCCS") (together, the "Quorum Defendants"), pursuant to Local Rule 7.01(a)(4), hereby move the Court for an order granting the Quorum Defendants leave to file a reply brief supporting their Motion to Dismiss (Doc. 47) that is up to ten (10) pages in length. In support of this Motion, the Quorum Defendants state as follows:

1. On September 24, 2026, the Quorum Defendants filed their Motion to Dismiss Counts I, II, IV, V, and VI of Plaintiff's Second Amended Complaint and a Memorandum in Support thereof, which was (as noted below, with the consent of the Court) thirty (30) substantive pages in length.

2. On October 15, 2026, Plaintiff National Fire & Marine Insurance Company ("National Fire") filed a response to the Quorum Defendants' Motion to Dismiss (Doc. 53). National Fire's Response was twenty-seven (27) substantive pages in length.

3. The Court previously entered an Order allowing (i) a responsive motion to the Second Amended Complaint that contained up to an additional five (5) pages beyond that permitted by Local Rules, and (ii) an opposition memo by National Fire to any such motion that contained up to an additional five (5) pages beyond that permitted by Local Rules. *See* Docs. 39, 40.

4. The Quorum Defendants' reply brief in support of their Motion to Dismiss is due on October 29, 2026. *See* Docs. 39, 40. Pursuant to Local Rule 7.01(a)(4), the Quorum Defendants are limited to submitting a reply brief that is no more than five (5) pages in length without leave of court.

5. The Quorum Defendants respectfully request leave to file a reply brief supporting their Motion to Dismiss that is up to ten (10) pages in length. The Quorum Defendants do not seek to burden the Court with unnecessary briefing, but believe that the five (5) additional pages requested are necessary and will be valuable to the Court in order to adequately address the various arguments asserted in National Fire's Response. Among other things, National Fire's Response contends that the issue of which insured must fund the self-insured retention is "a matter of first impression in Tennessee." Doc. 53 at 11. National Fire asks the Court to answer that question in light of four decisions from courts in Indiana, California, and Illinois. *Id.* at 10 –11. The Quorum Defendants believe more than five (5) pages is necessary to address that out-of-state authority and to compare the policy language each of those courts construed with the language at issue in this case, in addition to addressing the other case law cited within the Response.

6. Prior to filing this Motion, counsel for the Quorum Defendants conferred with counsel for National Fire, who indicated that National Fire does not oppose the relief requested in this Motion.

WHEREFORE, the Quorum Defendants respectfully request that the Court enter an order granting their Unopposed Motion for Leave to File Excess Pages.

Dated: October 20, 2026

Respectfully submitted,

BRADLEY ARANT BOULT CUMMINGS LLP

*/s/ Rachel L. Sodée*

Rachel L. Sodée (TN BPR No. 038391)
ONE 22 ONE
1221 Broadway, Suite 2400
Nashville, TN 37203
(615) 252-3872
rsodee@bradley.com

John A. Purvis (Admitted *pro hac vice*)
188 East Capitol Street, Suite 1000
Jackson, MS 39201
(601) 592-9923
apurvis@bradley.com

*Attorneys for Defendants Quorum Health Corporation, Sunbury Hospital Company, LLC, and QHCCS, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all parties registered with the Court's electronic filing system.

/s/ *Rachel L. Sodée*
Rachel L. Sodée